JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN H MARRS AND CHANDRA D MARRS, | Case No. 5:24-CV-02633-SSS-SPx |
| Plaintiffs, | Hon. Sunshine Suzanne Sykes |
| v. | **RULE 68 JUDGMENT** |
| FCA US, LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs KATHLEEN H MARRS and CHANDRA D MARRS, ("Plaintiffs")

accepted FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 July 14,

2025.

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the

amount of $10,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: August 20, 2025

Irene Vazquez
Deputy Clerk

1

**JUDGMENT**